UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Metropolitan St. Louis Equal** | ) |
| **Housing Opportunity Council,** | ) |
| **A Missouri nonprofit corporation,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No.: 09-04019-CV-C-NKL |
| **v.** | ) |
| | ) |
| **Lighthouse Lodge, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION OF PLAINTIFF METROPOLITAN ST. LOUIS EQUAL HOUSING OPPORTUNITY COUNCIL FOR ADDITIONAL TIME IN WHICH TO FILE RESPONSES TO DEFENDANTS' MOTIONS

COMES NOW the Metropolitan St. Louis Equal Housing Opportunity Council ("EHOC") and requests additional time within which to file its suggestions in opposition to Defendants' Motions to Dismiss, Motions to Strike, and Affirmative Defenses (which by their nature are akin to Defendants' Motions to Dismiss) and asks leave of Court to file Plaintiff's suggestions in opposition on or before Monday, April 13th 2009. In support of their Motion, Plaintiff EHOC states as follows:

1. On March 12, 2009, by leave of Court, Plaintiff EHOC filed its First Amended Complaint.

2. On that same day, Defendant Davidson Construction & Development filed its First Amended Answer to Complaint and Affirmative Defenses to Plaintiff; however, this Defendant has represented that it intends, within a few days, to file an Amended Answer to Plaintiff's First Amended Complaint and Affirmative Defenses.

1

3. On March 17, 2009, Defendant Lighthouse Lodge Development Co., LLP filed its Answer to, Affirmative Defenses, Motions to Dismiss, and Motions to Strike Plaintiff's First Amended Complaint.

4. Initial Disclosures in this matter are due on March 27, 2009, and some parties have not yet filed the same.

5. Defendant Russell has not filed a responsive pleading or motion(s) in respect of Plaintiff EHOC's First Amended Complaint and time remains for him to do so.

6. The parties just submitted their proposed Joint Scheduling Order on March 20, 2009.

7. Plaintiff EHOC represents that Defendant Davidson Construction & Development's formerly filed Amended Answer/Motions Defendant Lighthouse Lodge Development Co., LLP's newly filed Amended Answer/Motions raise many of the same or similar issues and that many of the Affirmative Defenses raise issues that make them akin to Motions to Dismiss, and that Plaintiff EHOC requires additional time to respond to them and to any Amended Answer/Motions that Defendant Davidson Construction & Development and Defendant Russell may file.

8. Plaintiff EHOC states there will be no prejudice to anyone or delay in the proceedings if EHOC is given until April 13, 2009, in which to prepare its suggestions in opposition to the Amended Answers/Motions on file and those which may shortly be filed.

9. Plaintiff EHOC states that it, through counsel (Deborah Greider), has conferred with counsel for Defendant Davidson Construction & Development (Ryan Bridges) and with counsel for Defendant Lighthouse Lodge Development Co., LLC (Richard Bender), and that both attorney Bridges and attorney Bender have stated that they have no objection to an

2

Case 2:09-cv-04019-NKL   Document 21   Filed 03/25/09   Page 2 of 4

extension of time through and including April 13, 2009.  Plaintiff EHOC states that it, through counsel (Deborah Greider), called Samuel Trapp, attorney for Defendant Robert Russell and left a message with his office informing him that Plaintiff EHOC intended to seek an extension of time as aforesaid.  As indicated above, Defendant Robert Russell has not yet filed his responsive pleading or any motion in respect of Plaintiff's First Amended Complaint and still has time within which to do so.

WHEREFORE, Plaintiff EHOC, for the reasons stated herein, respectfully prays that its Motion for Leave for Additional Time in which to respond be granted and that Plaintiff EHOC be given until April 13th 2009 to file.

Respectfully submitted,

Law Offices of Thomas E. Kennedy, III, LC

By: /s/ Deborah S. Greider
One of the Plaintiff's Attorneys

Law Offices of Thomas E. Kennedy, III, LC
Thomas E. Kennedy, III
Deborah J. Greider
Anne M. Hillyer
230 S. Bemiston Ave., Ste. 800
St. Louis, MO 63105
Tel: (314) 872-9041
Fax: (314) 872-9043

John J. Ammann
Director of the Legal Clinic
St. Louis University School of Law
St. Louis, MO 63108
Tel. (314) 977-2778
Fax: (314) 977-333

Zachary M. Schmook
Metropolitan St. Louis Equal Housing Opportunity Council
1027 S. Vandeventer Ave., 6th Floor
St. Louis, MO 63110
Tel: (314) 534-5800, ext. 23

3

Fax: (314) 534-2551

## *Certificate of Service*

I hereby certify that on March 25, 2009, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Attorneys for the Plaintiff:

| | |
|---|---|
| Deborah S. Greider | dgreider@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Anne M. Hillyer | ahillyer@tkennedylaw.com |
| John J. Ammann | ammannjj@SLU.EDU |
| Zachary Schmook | zschmook@ehoc-stl.org |

Attorney for Defendant Davidson Construction & Development, Inc.:

| | |
|---|---|
| John Curran | jcurran@curranandsickal.com; jhenry@curranandsickal.com |
| Lewis Bridges | lbridges@curranandsickal.com |
| Ryan Bridges | rbridges@curranandsickal.com |

Attorney for Robert Russell:

| | |
|---|---|
| Samuel Trapp | sam.trapp@hanrahantrapp.com |
| | becky.eye@hanrahantrapp.com |

Attorney for Lighthouse Lodge Development Co., LLM:

| | |
|---|---|
| Richard S. Bender | rsb@rgsz.com |