# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **METROPOLITAN ST. LOUIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 09-04019-CV-C-NKL |
| ) | |
| **LIGHT HOUSE LODGE** ) | |
| **DEVELOPMENT CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER TO SHOW CAUSE

On February 18, 2009, this Court entered an Order on Pretrial Procedures (Doc. 2) requiring service to be obtained within 40 days from the date of that Order. As of this date, there is no indication on the docket sheet that service has been obtained on defendant Light House Lodge. Accordingly, it is hereby

ORDERED that Plaintiff show cause in writing, on or before June 2, 2009, why this case should not be dismissed against defendant Light House Lodge.

If Plaintiff fails to comply with this Order, the Court will dismiss this case against Light House Lodge without prejudice, without further notice.

 s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: May 26, 2009
Kansas City, Missouri