IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| METROPOLITAN ST. LOUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-04019-CV-C-NKL |
| ) | |
| LIGHT HOUSE LODGE ) | |
| DEVELOPMENT CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DISMISSING CASE**

On May 26, 2009, this Court Ordered the Plaintiff to show cause in writing on or before June 2, 2009, why this case should not be dismissed against defendant Light House Lodge for failure to obtain service. As of this date, no response has been filed. Accordingly, it is hereby

ORDERED that the above-styled case is hereby DISMISSED without prejudice as to defendant Light House Lodge. Costs are assessed against the Plaintiff.

   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: <u>June 4, 2009</u>